LaVariere and another, Appellants, vs. Industrial Commission and others, Respondents.

*February 20—March 29, 1948.*

For the appellants there were briefs by *Bendinger, Hayes & Kluwin,* and oral argument by *John A. Kluwin,* all of Milwaukee.

For the respondent Industrial Commission there was a brief by the *Attorney General* and *Mortimer Levitan,* assistant attorney general, and oral argument by *Mr. Levitan.*

Fairchild, J.    This case was argued and submitted with the case of *South Side R. & M. Co. v. Industrial Comm., ante,* p. 403, 31 N. W. (2d) 577, and is ruled by the decision therein.

*By the Court.*—Judgment of the circuit court reversed, with directions to enter an order vacating the interlocutory award.    Record remanded for further proceedings.